UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| LARRY J. ARCENEAUX | * CIVIL ACTION NO. 09-00654 |
| VERSUS | |
| | * JUDGE MELANCON |
| ASSURANCEFORENINGEN GARD INSURANCE COMPANY, REM OFFSHORE ASA AND REM MARITIME AS | * MAGISTRATE JUDGE METHVIN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Plaintiff, Larry J. Arceneaux, through undersigned counsel, respectfully moves this Honorable Court for an Order dismissing his claim against Assuranceforeningen Gard insurance company without prejudice, reserving all rights against REM Offshore ASA and REM Maritime AS. No answer has been filed herein.

        Respectfully submitted,

        BROUSSARD & DAVID, L.L.C.

           s/Richard C. Broussard
        Richard C. Broussard (#3526)
        600 Jefferson Street, Suite 700
        Post Office Box 3524
        Lafayette, Louisiana 70502-3524
        Phone: (337) 233-2323
        Fax: (337) 233-2353

        -AND-

Mr. John W. deGravelles (#04808)
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801-1910
Phone: (225) 344-3735
Fax: (225) 336-1146